**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1353**

SHERON THORNTON,

Plaintiff - Appellant,

v.

DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES, (DPSCS),

Defendant - Appellee,

and

STEPHEN T. MOYER, Secretary; JOSEPH CLOCKER, Director of Parole and Probation; BRENDA MILLER, Human Resources, DPSCS; JAMES FOX, Employee Relations, Department of Budget and Management; LARRY HOGAN, Governor; SECRETARY BRINKLEY,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Albert David Copperthite, Magistrate Judge. (1:16-cv-03028-ADC)

Submitted: February 20, 2020                           Decided: March 12, 2020

Before GREGORY, Chief Judge, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sheron Thornton, Appellant Pro Se.    Lisa O'Mara Arnquist, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Towson, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheron Thornton appeals the magistrate judge's[*] order granting summary judgment to her former employer on her claims that she was retaliated against for opposing race and age discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2018), and the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 (2018).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge.  *Thornton v. Dep't of Pub. Safety & Corr. Servs.*, No. 1:16-cv-03028-ADC (D. Md. Mar. 11, 2019).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] This case was decided by a magistrate judge with the parties' consent pursuant to 28 U.S.C. § 636(c) (2018).